# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JOSHUA HENRY**                                                              **PLAINTIFF**

v.                           No. 3:21-cv-00213-KGB-ERE

**COMMISIONER OF SOCIAL SECURITY**                           **DEFENDANT**

## ORDER

Plaintiff Joshua Henry's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. *(Doc. 1)* is DENIED. Based on Mr. Henry's affidavit, his household monthly income is $3,600 and monthly expenses are $2,444. This results in a positive monthly cash flow of $1,156.

Accordingly, Mr. Henry is able to pay the $402 filing fee, and must do so by Wednesday, November 17, 2021, if he intends to proceed with this case. Service of the Complaint is not appropriate at this time.

IT IS SO ORDERED this 18th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE