# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSHUA HENRY**                                                                                   **PLAINTIFF**

**V.**                                        **NO. 3:21-cv-00213-ERE**

**KILOLO KIJAKAZI, Acting Commissioner**
**of the Social Security Administration**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, judgment is entered for the Plaintiff, reversing the Commissioner's decision, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 30th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE